NEWMEYER & DILLION LLP
J. BRIAN MORROW, CBN 191392
Brian.Morrow@ndlf.com
RYAN M. DAVIS, CBN 323254
Ryan.Davis@ndlf.com
2033 N. Main Street, Suite 500
Walnut Creek, California 94596
(925) 988-3200; (925) 988-3290 (Fax)

Attorneys for WALSH FEDERAL, LLC, and
WALSH CONSTRUCTION COMPANY II, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of BUCKEYE ELM CONTRACTING, LLC, an Ohio limited liability company,<br><br>    Use-Plaintiff,<br><br>  v.<br><br>WALSH FEDERAL, LLC, an Illinois limited liability company; WALSH CONSTRUCTION, INC. DBA WALSH CONCRETE & ENGINEERING, a Delaware corporation; and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Defendants. | Case No. 2:22-cv-02146-TLN-AC<br><br>**STIPULATION AND ORDER TO STAY ACTION PENDING ARBITRATION**<br><br>Judge:   Hon. Troy L. Nunley |

This stipulation is entered into by and between UNITED STATES OF AMERICA for the Use and Benefit of BUCKEYE ELM CONTRACTING, LLC, an Ohio limited liability company ("Plaintiff"), on the one hand, and Defendants, WALSH FEDERAL, LLC, an Illinois limited liability company ("Walsh"), WALSH CONSTRUCTION COMPANY II, LLC, an Illinois limited liability company, erroneously sued herein as WALSH CONSTRUCTION, INC. DBA WALSH CONCRETE & ENGINEERING, a Delaware corporation ("Walsh Concrete"), and TRAVELERS CASUALTY & SURETY COMPANY

OF AMERICA, a Connecticut Corporation ("Travelers")(collectively "DEFENDANTS")(Plaintiff and Defendants each a "Party" and collectively the "Parties"), on the other hand, by and through their respective undersigned counsel of record.

The Parties hereby stipulate as follows:

WHEREAS, Plaintiff filed its complaint on or about December 2, 2022, alleging three (3) causes of action against Defendants (the "Complaint") arising out of a subcontract agreement entered into by and between Plaintiff and Walsh for certain construction operations for a project at Travis Air Force Base, California (the "Contract");

WHEREAS, Defendants timely, pursuant to Parties' stipulation, responded to the Complaint on or about January 31, 2023, by way of answers with affirmative defenses;

WHEREAS, on or about January 31, 2023, Walsh filed its counter-claim against Plaintiff alleging a single cause of action for breach of contract arising out of Plaintiff's failures to perform certain obligations arising out of the Contract (the "Counter-Claim")(the Complaint and the Counter-Claim shall be referred to as the "Action");

WHEREAS, the Contract contains a valid agreement to arbitrate disputes arising out of the Contract, which includes the Action;

WHEREAS, the Parties wish to arbitrate the Action pursuant to the terms of the Contract;

WHEREAS, the Parties further hereby stipulate the Action shall be stayed pending completion of the arbitration and/or settlement between Plaintiff and Defendants, the United States District Court, Eastern District of California, this Court shall retain jurisdiction of this matter, and any Party may file a petition with this Court to enforce the arbitrator's decision.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO by and between the Parties and their respective counsel that:

1. The Parties shall arbitrate the Action pursuant to the terms of the Contract;
2. The Action shall be stayed pending completion of the arbitration and/or settlement between Plaintiff and Defendants;

3. This Court shall retain jurisdiction of this matter; and

4. Any Party may file a petition with this Court to enforce the arbitrator's decision.

Dated: April 19, 2023

NEWMEYER & DILLION LLP

By: _____
J. Brian Morrow
Ryan M. Davis
Attorneys for WALSH FEDERAL, LLC, and WALSH CONSTRUCTION COMPANY II, LLC

Dated: April 19, 2023

CORFIELD FELD LLP

By: _____
Michael A. Corfield
Attorneys for TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA

Dated: April 17, 2023

DIEPENBROCK ELKIN DAUER MCCANDLESS LLP

By: _____
Eileen M. Diepenbrock
Attorneys for UNITED STATES OF AMERICA for the Use and Benefit of BUCKEYE ELM CONTRACTING, LLC

**IT IS SO ORDERED**

Dated: April 20, 2023

/s/ Daniel J. Calabretta
The Honorable Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE